UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK R. WEST,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.  3:12-cv-05754-KLS<br><br><br>ORDER OF REMAND |

　　　　Based on the stipulation of the parties, it is hereby

　　　　ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the ALJ shall obtain vocational expert testimony to assist in determining whether a significant number of jobs exist in the national economy that Plaintiff can perform given his age, education, work experience, and residual functional capacity.

//

//

Page 1　　ORDER OF REMAND - [3:12-cv-05754-KLS]

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 8th day of February, 2013.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Mathew W. Pile
MATHEW W. PILE    WSB #32245
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3760
Fax:  (206) 615-2531
mathew.w.pile@ssa.gov